UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THORA D. DONOVAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>*Acting Commissioner Agent of*<br>Social Security Administration,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cv-00790-RFB-PAL<br><br>ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN |

Before the Court for consideration is the Report and Recommendation (ECF No. 24) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered January 21, 2016.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by February 7, 2016. No objections have been filed.

The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s).

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 24) is **ACCEPTED and ADOPTED in full**.

**IT IS ORDERED** that Plaintiff Thora D. Donovan's Motion to Reverse/Remand (ECF No. 18) is **DENIED** and that The Commissioner's Cross-Motion to Affirm (ECF No.19) is **GRANTED;**

**IT IS FURTHER ORDER** the Clerk of Court shall serve this Order on the person(s) and respective addresses/electronic mail noted in the Report and Recommendation. The Clerk shall enter judgment accordingly and close the case.

DATED this 17th day of February, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE